ROBERT P. GETTY ET AL., RESPONDENTS, *v.* HENRY F. SPAULDING ET AL., APPELLANTS.

*Amendments of pleading after new trial ordered — power to allow.*

The court has power, on special motion made on notice, to allow a supplemental and amended complaint to be served after a new trial ordered by the Court of Appeals; the facts still remaining essentially the same as alleged in the original complaint, though more minutely and particularly stated; the parties plaintiff being changed in conformity with a transfer of the interests of the original parties. That the demand for judgment differs very materially, in the amended complaint, from that in the original, is not important, as any relief consistent with the facts may be given under section 275 of the Code.

AN appeal from an order allowing plaintiff to serve a supplemental and amended complaint, after a judgment of the Commission of Appeals, reversing a judgment of the General Term, affirming a judgment ordered for defendant at Special Term and ordering a new trial. In this case, the order allowing the amendments was twice before the General Term, and two opinions were written by DANIELS, J.

*John E. Develin,* for the appellants.

*F. N. Bangs,* for the respondents.

Opinions by DANIELS, J.

Order affirmed.